UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
In re:

              Case No. __8-06-72124-DTE__

              Chapter __13__

    MICHAEL J CLINCO

        Debtor(s).
----------------------------------x

## NOTICE OF APPEAL

__MICHAEL J CLINCO__, __PRO SE PLAINTIFF__ herein,
     (name)     (party type - debtor, plaintiff, defendant, etc.)

hereby appeals from the order, judgment or decree of the bankruptcy
judge __ENTERED ON THE RECORD BY J.EISENBERG__
    (describe order)

entered in this case on __April 26, 2007__.
    (date order was entered on case docket)

The names of all parties to the order, judgment or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

        SEE ATTACHED SCHEDULE

Dated: __April 27, 2007__

        Signed: _____

        Name: __MICHAEL J CLINCO__

        Address: __P.O. BOX 123__

                __CALVERTON N.Y. 11933__

        Tel. No.: __631-741-6722__

8-06-72124-DTE

AMERICAS SERVICING COMPANY
C/O STEVEN J BAUM
220 NORTHPOINTE PARWAY STE G
AMHERST N.Y 14228

AMERICREDIT
C/O MATIN MOONEY
8 THURLOW TERRACE
ALBANY N.Y. 12203
518 436-0344

LITTON LOAN SERVICE
C/O BARBRA DUNLEAVY
51 EAST BETHAPAGE ROAD
PLAINVEIW N.Y. 11803
516-741-2585

AAMES HOME LOAN
350 S GRAND AVE
LOS ANGELES CA 90071
800-7371192

AEGIS MORTGAGE CORP
3250 BRIAN PARK DR ST 40
HOUSTON TX 77042
866-855-3797

IRS
P.O. BOX 37002
HARTFORD CT 06176

SELECT PORTFOIO
P.O BOX 65250
SALT LAKE CITY UT 84165
801-293-1883